# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

[Civil Cover Sheet]

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

| | |
|---|---|
| **Plaintiff**(s): CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, | **Defendant**(S): ROGER & SONS CONSTRUCTION, INC. |
| County of Residence: Cook | County of Residence: DuPage |
| Plaintiff's Atty: Michele M. Reynolds<br>Dowd, Bloch & Bennett<br>8 S. Michigan Avenue, 19th Flr,<br>Chicago IL 60603<br>312-372-1361 | Defendant's Atty: |

II. Basis of Jurisdiction:     **3. Federal Question (U.S. not a party)**

III. Citizenship of Principal Parties
**(Diversity Cases Only)**

Plaintiff:-**N/A**

Defendant:-**N/A**

IV. Origin :     **1. Original Proceeding**

V. Nature of Suit:     **720 Labor/Mgmt. Relations**

VI. Cause of Action:     **Action brought pursuant to 29 U.S.C. 185, to enforce Collective Bargaining Agreement for Collection of dues.**

VII. Requested in Complaint

Class Action:**No**

Dollar Demand:

Jury Demand:**No**

VIII. This case **IS NOT** a refiling of a previously dismissed case.

**Signature:**     /s/ Michele M. Reynolds

**Date:**     8/26/2008