## *United States District Court for the Northern District of Illinois*

Case Number: 08CV4886          Assigned/Issued By: DAJ

Judge Name: COAR          Designated Magistrate Judge: nolan

### FEE INFORMATION

**Amount Due:**   ☑ $350.00     ☐ $39.00     ☐ $5.00

☐ IFP     ☐ No Fee     ☐ Other _____

☐ $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00          Receipt #: 3054162

Date Payment Rec'd: 08/26/08          Fiscal Clerk: DAJ

### ISSUANCES

☑ Summons                          ☐ Alias Summons

☐ Third Party Summons              ☐ Lis Pendens

☐ Non Wage Garnishment Summons     ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____

☐ Citation to Discover Assets          _____
                                        (Victim, Against and $ Amount)

☐ Writ _____
          (Type of Writ)

_1_ Original and _0_ copies on _08/26/08_ as to _DEF._ _____
                              (Date)

_____

_____

C:\wpwin80\docket\feeinfo.frm     03/14/05